**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-14-00188-CV**
_____

**IN THE MATTER OF C.D.**

_____

**On Appeal from the County Court at Law No. 5**
**Montgomery County, Texas**
**Trial Cause No. 10-02-01368 JV**
_____

**MEMORANDUM OPINION**

The appellant, C.D., filed a motion to dismiss this appeal. The appellant and his attorney signed the motion. The motion is voluntarily made by the appellant prior to any decision of this Court, and no other party filed notice of appeal. *See* Tex. R. App. P. 42.1(a)(1). We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on November 19, 2014
Opinion Delivered November 20, 2014

Before Kreger, Horton, and Johnson, JJ.